IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,                                            CV No. 19-1085 KRS/CG

v.

MAVERICK MOSSBERG SHOTGUN,
12 GAUGE, SERIAL No. MV75318M, et al.,

       Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court upon review of the record. On March 12, 2020, the United States filed a *Notice of Publication*, (Doc. 6). No further action has been taken to move this case forward, and more than 90 days have now elapsed. *See* D.N.M. LR-Civ. 41.1 ("A civil action may be dismissed if, for a period of ninety (90) days, no steps are taken to move the case forward.").

**IT IS THEREFORE ORDERED** that on or before **June 29, 2020**, the United States shall show cause why this case should not be dismissed for want of prosecution or take the necessary action to continue prosecuting this action.

**IT IS SO ORDERED**.

                                           _____
                                           THE HONORABLE CARMEN E. GARZA
                                           CHIEF UNITED STATES MAGISTRATE JUDGE