IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,                                               CV No. 19-1085 KRS/CG

v.

MAVERICK MOSSBERG SHOTGUN,
12 GAUGE, SERIAL No. MV75318M, et al.,

      Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on Plaintiff's *Request for Clerk's Entry of Default*, (Doc. 15), filed June 18, 2020. **IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 7), filed June 17, 2020, is hereby **QUASHED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE